U.S. Department of Justice
United States Marshals Service

# RECEIVED PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

HOS
1/24/14

| PLAINTIFF Tammy Randle | COURT CASE NUMBER 3:13cv698 |
|---|---|
| DEFENDANT Nelson Macwan | TYPE OF PROCESS order, complaint, summons |

United States Marshals Service
Western North Carolina

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Nelson Macwan

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

7330 N. Cicero Ave. Ste 219 Lincolnwood IL 60712

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Tammy Randle

615 Fairwood Avenue

Charlotte NC 28203

| Number of process to be served with this Form 285 | 1 |
|---|---|
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

RECEIVED
JAN 31 2014
United States Marshals
Western North Carolina
Office

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Fold

Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 1 | District of Origin No. 58 | District to Serve No. 24 | Signature of Authorized USMS Deputy or Clerk | Date 1/16/2014 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant' s usual place of abode

Address *(complete only different than shown above)*

| Date 1-24-14 | Time 12:09 ☐ am ☒ pm |
|---|---|

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: 01/16/2014: Received process and endered into JDIS. Mailed to USMS–N/IL to be served. 03/13/2014: Process served on 1/24/2014. Closed in JDIS and 285 returned.

*Business no longer located at 7330 N Cicero Ave 60712*

PRIOR EDITIONS MAY BE USED

PRINT 5 COPIES

1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev: 12/15/80
Automated 01/00