# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:13-CV-698

| | |
|---|---|
| TAMMY RANDLE, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) **ORDER** |
| | ) |
| P.N. FINANCIAL, INC. and<br>NELSON MACWAN, | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER** is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 8) and Amended Motion for Default Judgment (Doc. No. 9). Plaintiff moves the Court to enter a default judgment pursuant to Federal Rule of Civil Procedure 55(b); however, Plaintiff must first petition the Clerk of Court for an entry of default pursuant to Federal Rule of Civil Procedure 55(a). Plaintiff inaccurately states that such motions have already been filed. Plaintiff's Motions are therefore **DENIED** as premature.

**SO ORDERED.**

Signed: August 14,

Graham C. Mullen
United States District Judge