IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-698

| | |
|---|---|
| TAMMY RANDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| P.N. FINANCIAL, INC. and ) | |
| NELSON MACWAN, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 11). Previously, Plaintiff filed motions for default judgment (Doc. Nos. 8 & 9), which the Court denied as premature because Plaintiff had not yet obtained an entry of default (Doc. No. 10). Plaintiff's new motion is styled "Verified Motion for Entry of Default," but the motion asks the Court "for an Order of default against defendant and the amount of $18,000 in statutory damages." If there were any doubt, the motion specifies that it is brought "pursuant to Rule 55(b) of the Federal Rules of Civil Procedure" and seeks an "entry of judgment by default." Because the new motion actually seeks a default judgment, the Court will once again **DENY** the motion as premature. Plaintiff is encouraged to review the difference between an entry of default and a default judgment, which is provided for in Federal Rule of Civil Procedure 55.

**SO ORDERED.**

Signed: September 8,

*[signature]*

Graham C. Mullen
United States District Judge