IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-CV-698

| | |
|---|---|
| TAMMY RANDLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| P.N. FINANCIAL, INC. and ) | |
| NELSON MACWAN, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Default Judgment (Doc. No. 13). The Court has denied two of Plaintiff's previous motions for default judgment because she has not obtained, nor moved to obtain, an entry of default with the Clerk of Court. (*See* Doc. Nos. 10 & 12). Plaintiff now presents the Court with the exact same motion that the Court denied in its last order. For precisely the same reasons stated in the Court's previous orders, Plaintiff's motion is **DENIED**.

**SO ORDERED.**

Signed: September 26,

Graham C. Mullen
United States District Judge